UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

J Brockton Holbert,

      Debtor.

Case No. 20-50512

Chapter 7 Case

### REQUEST FOR NOTICE AND NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Robert R. Kanuit, Fryberger, Buchanan, Smith & Frederick, P.A., Attorney at Law, represents and appears on behalf of **Security State Bank of Aitkin,** a creditor in the above-named case. The undersigned hereby requests that all notices and other documents in this case be mailed to the undersigned at the office address stated below.

This Request for Notice and Notice of Appearance is filed pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, and Local Rule 2002-5.

Dated: August 24, 2020

        FRYBERGER, BUCHANAN, SMITH
         & FREDERICK, P.A.

        */e/Robert R. Kanuit*
        Robert R. Kanuit, Atty. ID: 0252530
        302 West Superior Street, Suite 700
        Duluth, MN  55802
        (218) 722-0861
        *Attorneys for Security State Bank of Aitkin*