# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

In re:

J. Brockton Holbert
Debtors(s)

Case No: 20-50512-RJK
Chapter 7

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Joseph D. Kantor, Esq., and Timothy R. Maher, Esq., of Guzior Armbrecht Maher, represents and appears on behalf of **Lucinda Miller**, a creditor in the above-named case. The undersigned hereby requests that all notices and other documents in this case be mailed to the undersigned at the office address stated below.

This Request for Notice and Notice of Appearance is filed pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, and Local Rule 2002-5.

GUZIOR ARMBRECHT MAHER

Dated: September 2, 2020

*/s/ Joseph D. Kantor*
Timothy R. Maher (#295644)
Joseph D. Kantor (#342373)
8609 Lyndale Ave So, STE 201
Bloomington, MN 55420
tmaher@gamlaw.net
jkantor@gamlaw.net
(612) 373-0007
*Attorneys for Lucinda Miller*

1